■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE PARSON, Appellant.— Appeal from a judgment of the County Court, Kings

County, convicting appellant, on his plea of guilty, of petit larceny, and from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.